## SOUTHERN INDIANA RAILWAY COMPANY *v.* WALLACE.

[No. 20,356. Filed November 29, 1904. Rehearing denied April 25, 1905.]

From Orange Circuit Court; *Thomas B. Buskirk,* Judge.

Action by Oliver M. Wallace against the Southern Indiana Railway Company. From a judgment for plaintiff for $1,000, defendant appeals. Transferred from Appellate Court under §1337u Burns 1901, Acts 1901, p. 590. *Affirmed.*

*F. M. Trissal, T. J. Brooks* and *W. F. Brooks,* for appellant.
*C. C. Matson* and *Joseph Giles,* for appellee.

GILLETT, J.—This case presents the same law questions as were involved in *Southern Ind. R. Co.* v. *McCarrell* (1904), 163 Ind. 469. Upon the authority of that case the judgment of the court below in this cause is affirmed.